JOSEPH HAND, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Judgment unanimously affirmed, with costs.    No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WESLEY D. HUNTER, Appellant, v. ALICE SANDEN and INEZ C. GURNEY, Respondents.— Appeal dismissed, with costs.    The amount in controversy is less than $200.    (*Knapp* v. *Deyo*, 108 N. Y. 518; *Campbell* v. *Mandeville*, 110 id. 628; *Hall Terra Cotta Co.* v. *Doyle*, 133 id. 603.)    Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of WILLIAM R. WEBER and SAMUEL WEBER, Respondents, v. MAX KLEIN, Appellant.— Order of the County Court of Kings county reversed on the law and facts, with ten dollars costs and disbursements, on the ground that it does not contain an adjudication of the specific facts which the learned court deemed a contempt, and is for that reason fatally defective.    (*Matter of Gordon* v. *Feldberg*, 149 App. Div. 246; *Obermeyer & Liebman* v. *Adisky*, 123 id. 272, and *Matter of Silberman Dairy Co.* v. *Econopouly*, 177 id. 97.)    Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

GEORGE F. KEIM, Respondent, v. PHILIP KALMUS, Appellant.— Order reversed upon the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that there is no proof that the judgment debtor willfully gave any false testimony or evaded answering any question, or that any right of the judgment creditor was defeated, impaired, impeded or prejudiced. (Judiciary Law, § 753.)    Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

JOHN A. KILMORE, Respondent, v. JAMES F. A. CLARK and Others, Appellants, and Others, Defendants.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, Jaycox and Young, JJ., concur; Blackmar, P. J., and Rich, J., vote to reverse.

CHARLES E. LORD and KENNETH LORD, Copartners, etc., Appellants, v. HARRY BERNSTEIN and SAMUEL DU BOIS, Doing Business under the Firm Name of H. BERNSTEIN & Co., Respondents.— Plaintiffs are entitled to an examination with respect to the defendants' affirmative defense of cancellation.    (*Schweinburg* v. *Altman*, 131 App. Div. 795; *Oshinsky* v. *Gumberg*, 188 id. 23.)    The order is, therefore, modified by striking therefrom the paragraph marked "(4)," and as modified affirmed, without costs.    No opinion.    Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JESSIE M. McCURDY, Plaintiff, v. MAX LEVY and Others, Defendants.    HOWARD O. PATTERSON,· Receiver, Respondent; DAVID J. KATZ and Others, Tenants, Appellants.— Order modified so as to direct payment of the amount fixed as the reasonable value of the use and occupation of the premises from January 11, 1921; and as so modified affirmed, without costs, upon authority of *Olive* v. *Levy* (201 App. Div. 262), decided herewith.    Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., Respondent, v. THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., Appellant.— Order denying motion to cancel *lis pendens* reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and notice